## C. W. LAWRENCE v. STATE.
### No. 14728.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Oscar Callaway, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, three years in the penitentiary.

The record contains neither statement of facts nor bills of exception. All proceedings in the court below appear to have been in conformity with the law.

No error appearing, the judgment will be affirmed.

## Tony LONG v. STATE.
### No. 14467.

Court of Criminal Appeals of Texas.
Nov. 4, 1931.

J. G. Lyles, of Franklin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

Appellant pleaded guilty, but asked for a suspended sentence, which the jury declined to give. The record is here without any bills of exception. The testimony heard by the jury upon appellant's plea of guilty amply supports the verdict and judgment.

No error appearing, the judgment will be affirmed.

## J. B. McCASLAND v. STATE.
### No. 14649.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

J. A. Carlisle, of Sherman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for chicken theft; punishment, one year in the penitentiary.

We find filed with this record an affidavit made by appellant in due form requesting that his appeal be dismissed. The request is granted; the appeal is dismissed.